UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-19 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| RALPH FLETCHER HEPNER, JR., | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an initial appearance and arraignment on May 19, 2020. At that time, Defense counsel indicated she would discuss the Government's detention motion with Defendant and contact the Court to schedule a hearing if needed.

As of this date, Defendant has not requested a hearing on the Government's motion for detention.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 21, 2020     /s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE